

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On March 10, 2014, the trial court clerk notified this court that the clerk's record would not be filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. The trial court clerk stated the record would be filed "20 days after receipt of payment." The clerk of this court has since been informed that appellant has paid for the clerk's record.

Jan Davis is the official responsible for preparing, certifying and timely filing the clerk's record. Ms. Davis is hereby ORDERED to file the clerk's record in this appeal no later than April 7, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court